UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBI JOHNSON

    Plaintiff,

v.                                                                          Case No. 06-11074

NANCY MOURADIAN, in her individual                  Honorable Patrick J. Duggan
capacity,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on November 30, 2006.

PRESENT:     THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Plaintiff seeks damages pursuant to 42 U.S.C. section 1983 for alleged violations of the First and Fourteenth Amendments to the United States Constitution. In her complaint, filed on March 14, 2006, Plaintiff claims that while working as an appointee under Wayne County Executive, Robert Ficano she was terminated by Mr. Ficano's Chief of Staff, Nancy Mouradian ("Defendant") due to her refusal to either purchase or sell fund-raising tickets for Mr. Ficano's political campaign. Presently, before this Court is Defendant's motion for judgment on the pleadings or, in the alternative, for summary judgment.

2

For the reasons set forth on the record at a hearing held on November 30, 2006,

**IT IS ORDERED** that Defendant's motion for judgment on the pleadings or, in the alternative, for summary judgment is **DENIED, WITHOUT PREJUDICE**.

        s/PATRICK J. DUGGAN
        UNITED STATES DISTRICT JUDGE

Copies to:
Ben M. Gonek, Esq.
W. Steven Pearson, Esq.